IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHAD LEWIS LANIER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-01241-O |
| | § | |
| WISE COUNTY, WISE COUNTY SHERIFF LANE AKIN, AND WES WALLACE, | § § § § | |
| | § | |
| Defendants. | § | |

# **ORDER**

On this day, came on for consideration, Defendants' Motion to Dismiss and Brief in Support in the above-styled and numbered action. The Court finds Defendants' arguments well taken.

It is therefore ORDERED that Defendants' Motion to Dismiss is hereby GRANTED with prejudice.

Signed _____ \_\_\_\_, 2024.

_____
UNITED STATES DISTRICT JUDGE