IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHAD LEWIS LANIER, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-1241 |
| WISE COUNTY, WISE COUNTY | § | |
| SHERIFF LANE AKIN, AND WES | § | |
| WALLACE, | § | |
| | § | |
|     Defendants. | § | |

## NOTICE OF APPEAL

TO THE HONORABLE REED O'CONNOR,
UNITED STATES DISTRICT JUDGE:

Notice is hereby given that the Plaintiff in the above case hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of the District Court entered in this action on October 21, 2024 granting Defendants' Motion to Dismiss (ECF No. 5) and from the Final Judgment entered for Defendants on the same date.

Respectfully submitted,

/s/ JASON C.N. SMITH
JASON C.N. SMITH
State Bar No. 00784999

LAW OFFICES OF JASON SMITH
612 Eighth Avenue
Fort Worth, Texas 76104
Telecopier: (817) 334-0880
Telephone: (817) 334-0898
E-mail: jasons@letsgotocourt.com
Service Email: courtfiling@letsgotocourt.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2024, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court and in accordance with the Federal Rules of Civil Procedure. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: S. Cass Weiland.

      /s/ JASON C.N. SMITH
      JASON C. N. SMITH